IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



NGX COMPANY,

    Plaintiff,

vs.                                                          No. CIV-05-01120 WJ/RLP

G.B. PETROLEUM SERVICES, LLC,
GREAT BASIN PETROLEUM SERVICES, L.P.,
and GREAT BASIN PETROLEUM SERVICES, INC.,

    Defendants.

## PROVISIONAL DISCOVERY PLAN

1.     Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on March 8, 2006, at 2:00 p.m. a.m. and was attended by:

**Bryan J. Davis for Plaintiff, and**

**John R. Cooney for Defendant.**

2.     Discovery Plan. The parties jointly propose to the Court the following discovery plan: **The parties intend to propound written discovery on each other and take depositions of witnesses.**

Discovery will be needed on the following subjects:

    A.     **Plaintiff believes discovery will be needed concerning the identity of the parties to the contract at issue, and whether Defendant was acting**

on behalf of or in concert with other entities. Defendant denies that such discovery will be needed;

B. Plaintiff's substantive claims, Defendant's defenses and Defendant's counterclaim;

C. The Parties' alleged damages.

All discovery commenced in time to be completed by _____. Discovery on (*issue for early discovery*) to be completed by **not applicable**.

Maximum of **30** interrogatories by each party to any other party.

Maximum of **30** requests for admission by each party to any other party.

Maximum of **20** depositions by Plaintiff and **20** by Defendants, **excluding expert witness depositions.**

Each deposition (other than of experts) limited to maximum of **6** hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

from Plaintiff by _____

from Defendants by _____

Supplementation under Rule 26(e) due _____.

3. Other Items.

The parties request a settlement conference in _____.

The parties request a pretrial conference in _____.

Plaintiff should be allowed until **July 1, 2006**, to join additional parties and until **July 1, 2006**, to amend the pleadings.

Defendants should be allowed until **August 1, 2006**, to join additional parties and until **August 1, 2006**, to amend the pleadings.

All potentially dispositive motions should be filed by _____.

Plaintiff shall provide the Pretrial Order to Defendants by _____, and Defendants shall submit to the Court by _____.

Settlement cannot be fully evaluated until after discovery.

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _____
Bryan J. Davis
Attorneys for Plaintiff
P. O. Box 1888
Albuquerque, NM 87103-1888
Telephone: (505) 765-5900

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By___Electronic Approval on March 16, 2006___
John R. Cooney
Paul T. Halajian
Attorneys for Defendant G.B. Petroleum Services, LLC
P. O. Box 2168
Albuquerque, NM 87103
Telephone: (505) 848-1800